# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS DELGADILLO IBARRA,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:21-cv-0763 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 27) |

    Juan Carlos Delgadillo Ibarra and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,500.00 pursuant to the Equal Access to Justice Act.  (Doc. 27.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $6,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated: __**June 20, 2023**__                    _/s/ Jennifer L. Thurston_
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this action.